**Electronically Filed
Supreme Court
SCAP-23-0000421
16-OCT-2024
02:06 PM
Dkt. 59 OAWST**

SCAP-23-0000421

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RENE UMBERGER; MIKE NAKACHI; KAʻIMI KAUPIKO; WILLIE KAUPIKO;
CONSERVATION COUNCIL FOR HAWAIʻI; HUMANE SOCIETY OF THE
UNITED STATES; and CENTER FOR BIOLOGICAL DIVERSITY,
Plaintiffs-Appellants,

vs.

DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Defendant-Appellee,

and

PET INDUSTRY JOINT ADVISORY COUNCIL,
Intervenor/Defendant-Appellee.

_____

APPEAL FROM THE ENVIRONMENTAL COURT OF THE FIRST CIRCUIT
(CAAP-23-0000421; CASE NO. 1CC121002625)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Recktenwald, C.J., McKenna, and Eddins, JJ., and Circuit
Judges Toʻotoʻo and Ashford, assigned by reason of vacancies)

Upon consideration of the Stipulation for Dismissal of
Appeal filed on September 30, 2024, the Joint Memorandum re
Briefing Schedule and Disposition of This Case filed on October
2, 2024, and the record herein,

IT IS HEREBY ORDERED that the Stipulation for Dismissal is approved and the appeal is dismissed with prejudice. The parties agree that each shall bear their own attorneys' fees and costs incurred in this appeal.

DATED: Honolulu, Hawaiʻi, October 16, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Faʻauuga Toʻotoʻo

/s/ James H. Ashford